FILED
7/22/16 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William D. Rieger aka Bill D. Rieger dba Rose Colored Road<br>　　　Christine L. Rieger<br>　　　　　　　　　　　　Debtors | BK. NO. 16-21211 TPA |
| Deutsche Bank National Trust Company as Trustee for the Soundview Home Loan Trust 2007-NS1 Asset-Backed Certificates, Series 2007-NS1,<br>its successors and/or assigns<br>　　　　　　　　　　　　Movant<br>　　　　　　　v.<br>William D. Rieger aka Bill D. Rieger dba Rose Colored Road<br>Christine L. Rieger<br>　　　　　　　　　　　　Respondents<br>　　　　　　　and<br>Lisa M. Swope, Trustee<br>　　　　　　　　　　　　Additional Respondent | CHAPTER 7<br>Related to Docket # 17 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　AND NOW, this 22nd day of July, 2016, at Pittsburgh, upon Motion of Deutsche Bank National Trust Company as Trustee for the Soundview Home Loan Trust 2007-NS1 Asset-Backed Certificates, Series 2007-NS1, it is

　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 505 Regency Drive, Pittsburgh, PA 15239 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge    jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William D. Rieger
Christine L. Rieger
       Debtors

Case No. 16-21211-TPA
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jbre     Page 1 of 1     Date Rcvd: Jul 22, 2016
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2016.
db/jdb       +William D. Rieger,    Christine L. Rieger,    202 County Road,    Slickville, PA 15684-1000
aty          +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2016 at the address(es) listed below:
       Andrew F Gornall     on behalf of Creditor     Deutsche Bank National Trust Company et al.
        agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
       Kenneth     Steidl     on behalf of Debtor William D. Rieger julie.steidl@steidl-steinberg.com,
        npalashoff@steidl-steinberg.com;ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;aste
        idl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com
       Kenneth     Steidl     on behalf of Joint Debtor Christine L. Rieger julie.steidl@steidl-steinberg.com,
        npalashoff@steidl-steinberg.com;ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;aste
        idl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com
       Lisa M. Swope     lms@nsslawfirm.com,    klw@nsslawfirm.com;pa73@ecfcbis.com
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
       Peter J. Ashcroft     on behalf of Creditor     Duquesne Light Company pashcroft@bernsteinlaw.com,
        ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
        rive.com
                                                                                                                       TOTAL: 6