**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **William D. Rieger** | Social Security number or ITIN | **xxx−xx−9208** |
| | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Christine L. Rieger** | Social Security number or ITIN | **xxx−xx−8444** |
| | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **16−21211−TPA**

# Order of Discharge                                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William D. Rieger                                   Christine L. Rieger
aka Bill D. Rieger, dba Rose Colored Road


8/10/16                                              **By the court:**   Thomas P. Agresti
                                                                          United States Bankruptcy Judge


**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                               Case No. 16-21211-TPA
William D. Rieger                                                    Chapter 7
Christine L. Rieger
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0315-2         User: admin                 Page 1 of 2                Date Rcvd: Aug 10, 2016
                             Form ID: 318                Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2016.
db/jdb         +William D. Rieger,    Christine L. Rieger,    202 County Road,    Slickville, PA 15684-1000
aty            +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
                 Ebensburg, PA 15931-0270
14217736       +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
14217737       +Allegheny Health Network,    c/o State Collection Services,    2509 S. Stoughton Road,
                 Madison, WI 53716-3314
14217739       +Allegheny Radiology,    651 S. Center Avenue,    Suite 102,    Somerset, PA 15501-2811
14217738        Allegheny Radiology,    P.O. Box 3425,    Pittsburgh, PA 15230-3415
14205783      ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
                (address filed with court: Collection Service Center,      P.O. Box 1623,    Butler, PA 16003)
14217742        Emp Allegheny County LLC,    135 Interstate Blvd. Unit 6,    Greenville, SC 29615-5720
14217745       +MedExpress Billing,    PO Box 719,   Dellslow, WV 26531-0719
14217744       +MedExpress Billing,    Attn: 7964C,    PO Box 14000,    Belfast, ME 04915-4033
14205785      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,      350 Highland Drive,    Lewisville, TX 75067)
14217747       +Nationstar Mortgage,    c/o KMLLaw Group, P.C.,    Suite 5000 Mellon Indepenence,
                 701 Market Street,    Philadelphia, PA 19106-1538
14205786       +Nationstar Mortgage,    Attn: KMLLaw Group, P.C.,    Suite 5000 Mellon Indepenence,
                 701 Market Street,    Philadelphia, PA 19106-1538
14217748       +North Star Capital Acquisitions LLC,    170 North Pointe Parkway,    Suite 300,
                 Buffalo, NY 14228-1992
14217750       +North Star Capital Acquisitions LLC,    c/o Edwin A. Abrahamsen Associates,
                 120 North Keyser Avenue,    Scranton, PA 18504-9701
14217751       +Oral Maxillofacial Surgery,    509 Monongahela Building,    Morgantown, WV 26505-5726
14217753       +Pinnacle Credit Services, LLC,    c/o First National Collection Bureau,    610 Waltham Way,
                 Sparks, NV 89434-6695
14205787       +Plum Borough School District,    c/o Keystone Collection Group,    PO Box 499,
                 Irwin, PA 15642-0499
14205788       +Plum Borough School District,    900 Elicker Road,    Pittsburgh, PA 15239-1026
14205789       +Second Chance Auto,    1851 Golden Mile Hwy,    Pittsburgh, PA 15239-2827
14217761       +State Collection Service, Inc.,    2509 S. Stroughton Road,    Madison, WI 53716-3314
14217763      #+Transworld Sysems, Inc.,    5 Penn Center West,    Suite 100,    Pittsburgh, PA 15276-0126
14205793       +UPMC,   P.O. Box 382032,    Pittsburgh, PA 15251-8032
14205794        UPMC Magee,    P.O. Box 971980,    Pittsburgh, PA 15250-7980
14217765       +University of Pittsburgh Physicians,    c/o Convergent Healthcare Recoveries, In,
                 121 NE Jefferson Street,    Suite 100,    Peoria, IL 61602-1229
14205792       +University of Pittsburgh Physicians,    1650 Metropolitan Street, Suite 300,
                 Pittsburgh, PA 15233-2213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2016 01:01:13      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14205784        EDI: IRS.COM Aug 11 2016 00:58:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14217752        EDI: RESURGENT.COM Aug 11 2016 00:58:00      Pinnacle Credit Services, LLC,    PO Box 640,
                 Hopkins, MN 55343-0640
14217756        E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 11 2016 01:02:08
                 Premier Medical Associates,    c/o Credit Management Company,    PO Box 16346,
                 Pittsburgh, PA 15242-0346
14217757       +EDI: RMCB.COM Aug 11 2016 00:58:00      Quest Diagnostic Inc.,
                 c/o Americal Medical Collection Agency,     4 Westchester Plaza, Building 4,
                 Elmsford, NY 10523-1612
14217762       +EDI: RMSC.COM Aug 11 2016 00:58:00      SYNCB/Amazon,    PO Box 965015,    Orlando, FL 32896-5015
14217768        EDI: VERIZONEAST.COM Aug 11 2016 00:58:00      Verizon,    500 Technology Drive, Suite 300,
                 Saint Charles, MO 63304-2225
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company et al.
cr              Duquesne Light Company
14217740*     ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
                (address filed with court: Collection Service Center,      P.O. Box 1623,    Butler, PA 16003)
14217741*     ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
                (address filed with court: Collection Service Center,      P.O. Box 1623,    Butler, PA 16003)
14217743*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
14217746*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,      350 Highland Drive,    Lewisville, TX 75067)
14217749*      +North Star Capital Acquisitions LLC,    170 North Pointe Parkway,    Suite 300,
                 Buffalo, NY 14228-1992
```

```
District/off: 0315-2          User: admin              Page 2 of 2              Date Rcvd: Aug 10, 2016
                              Form ID: 318             Total Noticed: 34


                ***** BYPASSED RECIPIENTS (continued) *****
14217754*       +Plum Borough School District,   c/o Keystone Collection Group,   PO Box 499,
                  Irwin, PA 15642-0499
14217755*       +Plum Borough School District,   900 Elicker Road,   Pittsburgh, PA 15239-1026
14205790*       +Second Chance Auto,   1851 Golden Mile Hwy,   Pittsburgh, PA 15239-2827
14205791*       +Second Chance Auto,   1851 Golden Mile Hwy,   Pittsburgh, PA 15239-2827
14217758*       +Second Chance Auto,   1851 Golden Mile Hwy,   Pittsburgh, PA 15239-2827
14217759*       +Second Chance Auto,   1851 Golden Mile Hwy,   Pittsburgh, PA 15239-2827
14217760*       +Second Chance Auto,   1851 Golden Mile Hwy,   Pittsburgh, PA 15239-2827
14217766*       +UPMC,   P.O. Box 382032,   Pittsburgh, PA 15251-8032
14217767*        UPMC Magee,   P.O. Box 971980,   Pittsburgh, PA 15250-7980
14217764*       +University of Pittsburgh Physicians,   1650 Metropolitan Street, Suite 300,
                  Pittsburgh, PA 15233-2213
                                                                                        TOTALS: 2, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   Deutsche Bank National Trust Company et al.
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor William D. Rieger julie.steidl@steidl-steinberg.com,
               npalashoff@steidl-steinberg.com;ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;aste
               idl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com
              Kenneth Steidl    on behalf of Joint Debtor Christine L. Rieger julie.steidl@steidl-steinberg.com,
               npalashoff@steidl-steinberg.com;ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;aste
               idl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com
              Lisa M. Swope    lms@nsslawfirm.com, klw@nsslawfirm.com;pa73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
                                                                                             TOTAL: 6
```